# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14cv8

| | |
|---|---|
| JENNIFER C. DANIELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARY RUTH CURTIS, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court are the Motions to Dismiss [# 6, # 7, # 8, # 9]. Plaintiff brought this action asserting employment discriminations claims against Defendants. Defendants then all moved to dismiss the Complaint. Both Plaintiff and Defendants are proceeding in this case *pro se*. Pursuant to the Local Rules of this Court, a party must include both a motion and a supporting legal brief. LCvR 7.1(C). None of the Defendants filed briefs contemporaneously with their Motions to Dismiss. Despite proceeding *pro se* in this case, Defendants must still comply with both this Court's Local Rules and the Federal Rules of Civil Procedure. Collins v. Volz, Civil No. 1:12cv45, 2012 WL 2562500 (W.D.N.C. Jun. 29, 2012) (Reidinger, J.). Accordingly, the Court **DENIES without prejudice** the motions [# 6, # 7, # 8, # 9]. Defendants shall have until May 9, 2014, to either file their

Answers to the Complaint or file Motions to Dismiss that comply with the requirements of the Local Rules. The Court also **INSTRUCTS** Defendants that any Motion to Dismiss must set forth legal authority supporting the legal basis for the dismissal of any of the claims asserted in the Complaint.

Signed: April 23, 2014

Dennis L. Howell
United States Magistrate Judge