# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Jennifer C. Danielson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00008-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Mary Ruth Curtis et al , | ) | |
| Defendant(s). | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court 09/17/2014 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2014 Order.

September 17, 2014

_____

Frank G. Johns, Clerk
United States District Court